IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC; AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; WAYPORT, INC.; T-MOBILE USA, INC.; NEXTEL OPERATIONS, INC.; SPRINT SPECTRUM L.P.; AND UNITED STATES CELLULAR CORPORATION, <br><br> Defendants. | C.A. No. 12-193 (LPS) |

## ORDER

The Court having held a hearing on the pending motions to dismiss and sever on March 18, 2013,

The Court, having provided detailed oral rulings during the March 18, 2013 hearing that are incorporated herein by reference,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss for failure to state a claim (D.I. 28) is granted without prejudice as to Plaintiffs' direct, joint infringement claims. Defendants shall produce copies of the alleged agreements among Defendants referenced in the Amended Complaint (D.I. 20). In all other respects, Defendants' motion is denied.

2. Defendants' motion to dismiss based upon lack of standing (D.I. 41) is granted. However, Plaintiffs are granted leave to add the owner of the '0032 patent, Hong Kong University, as a plaintiff.

3. Defendants' motion to sever (D.I. 33) is granted based upon the Court's discretionary authority. The Court orders that the following eight (8) cases be created and that the parties propose coordinated schedules for these cases: a) Intellectual Ventures I LLC v. AT&T Mobility, AT&T Mobility II, New Cingular Wireless Services, Inc., SBC Internet Services, Inc. and Wayport, Inc., C.A. No. 12-193 (LPS); b) Intellectual Ventures I LLC v. Sprint Spectrum L.P. and Nextel Operations, Inc., C.A. No. 12-____ (LPS); c) Intellectual Ventures I LLC v. United States Cellular Corporation, C.A. No. 12-____ (LPS); d) Intellectual Ventures I LLC v. T-Mobile USA, Inc., C.A. No. 12-____ (LPS); e) Intellectual Ventures II LLC and Hong Kong University v. AT&T Mobility, AT&T Mobility II, New Cingular Wireless Services, Inc., SBC Internet Services, Inc. and Wayport, Inc., C.A. No. 12-193 (LPS); f) Intellectual Ventures II LLC and Hong Kong University v. Sprint Spectrum L.P. and Nextel Operations, Inc., C.A. No. 12-____ (LPS); g) Intellectual Ventures II LLC and Hong Kong University v. United States Cellular Corporation, C.A. No. 12-____ (LPS); h) Intellectual Ventures II LLC and Hong Kong University v. T-Mobile USA, Inc., C.A. No. 12-____ (LPS).

4. Defendants' motion for leave to file a supplemental brief to address new authority (D.I. 47) is granted.

The Court further directed the parties to confer and to present a proposal to the Court on the implementation of the Court's Orders and on case management. The proposal(s) regarding case management shall be submitted to the Court no later than April 3, 2013. Such proposals shall be comprehensive, consistent with the position articulated by Plaintiffs in the March 25 joint letter to the Court.

SO ORDERED this 26th day of March 2013.

_____
United States District Judge